FILED

07/11/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 24-0228

IN THE SUPREME COURT OF THE STATE OF MONTANA

DA 24-0228

_____

IN THE MARRIAGE OF:

BENJAMIN DAVID MARTIN,

      Petitioner and Appellant,

    v.

BRANDI WILLIAMS, f/k/a BRANDI MARTIN

      Respondent and Appellee.

O R D E R

_____

This Court reviews briefs to ensure compliance with Rules 11 and 12 of the Montana Rules of Appellate Procedure. After reviewing the Appellee's response brief filed electronically on July 11, 2024, this Court has determined that the brief does not comply with the below-referenced Rules and must be resubmitted.

M. R. App. P. 12(1)(g) requires the argument section of a brief to "contain the contentions of the appell[ee] with respect to the issues presented, and the reasons therefor, with citations to the authorities, statutes, and pages of the record relied on[.]" The argument section of the Appellee's response brief, *inter alia*, states it "incorporates herein the entirety of her Argument in her Appellee's Brief in the companion case of DA 24-0146 as if fully set forth below." "The requirement that appellate briefs 'contain' a party's contentions unquestionably precludes parties from incorporating trial briefs or any other kind of argument into appellate briefs by mere reference." *State v. Ferguson*, 2005 MT 343, ¶ 41, 330 Mont. 103, 126 P.3d 463. In addition, M. R. App. P. 11(4)(a) requires that a principal brief "shall not exceed 10,000 words" and M. R. App. P. 11(4)(e) requires a brief contain a "certification of compliance which states the document's line spacing and states either: (1) the document is proportionately spaced, together with the typeface, point size, and word count; or (2) the document uses a monospaced typeface, together with the number of characters per inch and word count, or, the number of counted pages,

pursuant to section (4)(b) or (c) of this rule." The Appellee's certificate of compliance states the word count of the brief "is not more than 20,000 words."

Therefore,

IT IS ORDERED that the referenced brief is rejected.

IT IS FURTHER ORDERED that within ten (10) days of the date of this Order the Appellee shall electronically file with the Clerk of this Court a revised brief containing the revisions necessary to comply with the specified Rules and that the Appellee shall serve copies of the revised brief on all parties of record;

IT IS FURTHER ORDERED that no changes, additions, or deletions other than those specified in this Order may be made to the brief as originally filed; and

IT IS FURTHER ORDERED that the times for any subsequent briefing contained in M. R. App. P. 13 shall run from the date of filing of the revised brief.

The Clerk is directed to provide a true copy of this Order to the Appellee and to all parties of record.

Electronically signed by:
Ingrid Gustafson
Justice, Montana Supreme Court
July 11 2024